# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF THE COUNTY OF RIVERSIDE,<br><br>　　　　　Respondent. | NO. EDCV 14-2595-GW (JEM)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 9, 2015.

*George H. Wu*

　　　　　　　　GEORGE H. WU
　　　　　UNITED STATES DISTRICT JUDGE